■ JACKIE WASHINGTON et al., Respondents, v ANDREW J. WILLIAMS, SR., Appellant.—Order unanimously reversed on the law with costs and motion granted, in accordance with the following memorandum: Special Term abused its discretion in denying defendant's motion to vacate his default (CPLR 5015 [a] [1]). Defendant's affidavit provided a justifiable excuse for his failure to appear for trial and presented a meritorious defense. Further defendant, who was acting *pro se,* timely answered the complaint and returned from Florida to appear for an examination before trial, thus showing his intent to defend this claim. Given these circumstances, defendant's cross motion to vacate the default judgment is granted and plaintiffs' motion to enforce the judgment is denied. (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—Sheriff's sale.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LeFROIS, Appellant.—Application for writ of error coram nobis be, and the same hereby is, granted and the remittitur orders entered March 4, 1988, be, and the same hereby are, vacated. Memorandum: A review of the record of the trial court proceedings and of appellant's brief identifies several significant issues which may have merit and which were not raised by appellate counsel on appellant's direct appeal. The orders should be vacated and this court shall consider the appeals de novo *(see, People v Vasquez,* 70 NY2d 1; *People v Casiano,* 67 NY2d 906).

Appellant's present counsel is directed to file his brief with this court on or before July 7, 1989 and respondent shall file its brief on or before August 7, 1989. Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ. (Order entered May 18, 1989.)

■ In the Matter of BEVERLY E. HICKMAN, as Administratrix of the Estate of CHRISTOPHER A. CUMMINGS, Deceased.—Motion for reargument or, in the alternative, for leave to appeal to the Court of Appeals denied. Memorandum: We note that the only issues briefed and argued before us related to the cause of action for wrongful death. There was no issue presented with respect to the cause of action for conscious pain and suffering. Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.